IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION



FILED

APR 19 2000

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| SUZANNE Q. LITTLE, individually and as Personal Representative of the Estate of SAMUEL MARTIN LITTLE, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as successor by merger to THE AMERICAN TOBACCO COMPANY, and R.J. REYNOLDS TOBACCO COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.: 2-98-1879-23<br>HON. P. MICHAEL DUFFY<br><br>**AMENDED SCHEDULING ORDER** |

In accordance with Fed. R. Civ. P. 16 and Local Rule 16.02 DSC, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants, this Court amends the Scheduling Orders issued in this case as follows:

1. The current discovery deadline of April 28, 2000 shall remain in effect for all discovery, except for the depositions of Doctors Harley, McCue and Reed, which shall be completed on or before May 26, 2000.

2. All motions, except those to complete discovery, those made pursuant to Rule 12 of the FRCP, and those relating to the admissibility of evidence at trial, shall be filed on or before **June 9th, 2000**.



195

3.  The parties shall exchange and mark trial exhibits, submit proposed requests to charge, and submit proposed voir dire **thirty days prior to the trial of this case.**

4.  This case will be specially set for trial ~~during a term of court beginning~~ on ~~or after~~ October 2nd, 2000. at 10 AM ~PMD~

**AND IT IS SO ORDERED.**

*/s/ Patrick Michael Duffy*
**Patrick Michael Duffy**
**United States District Judge**

CHARLESTON, SC
April 18th, 2000